## Church of God et al. *v.* Church of God et al., Appellants.

Argued November 26, 1946. Before MAXEY, C. J., DREW, LINN, STERN, PATTERSON, STEARNE and JONES, JJ.

484

486

488

*Wade K. Newell,* for appellants.

*Frank R. Crow, Jr.,* with him *Henderson, Parshall & Crow* and *D. W. Henderson,* for appellees.

OPINION PER CURIAM, January 6, 1947:
The decree of the court below is affirmed on the opinion of President Judge CARR; appellants to pay the costs.